### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DR. JOSEPH P. GALICHIA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 10-1319-MLB-KMH |
| | ) |
| CONTINENTAL CASUALTY COMPANY, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### STIPULATION OF DISMISSAL

Pursuant to a settlement of all claims, it is hereby stipulated by and between counsel for Plaintiff Dr. Joseph P. Galichia ("Galichia"), and counsel for Defendant Continental Casualty Company, that all counts, claims, and/or counterclaims associated with Galichia's Complaint, captioned *Dr. Joseph P. Galichia v. Continental Casualty Company*, Case No. 10-1319-MLB-KMH, that were asserted, or that could have been asserted, should be dismissed, with prejudice and without attorneys' fees or costs to any party.

By:  _s/Coy Martin_

Coy Martin
MOORE MARTIN, L.C.
622 E. Douglas
Wichita, KS 67202
Phone: (316) 267-6000/Fax: (316) 267-6001
*Counsel for Plaintiff*

Dated:  _6/9/11_

By:  _s/James P. Nordstrom_

James P. Nordstrom
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street, P.O. Box 949
Topeka, Kansas 66601-0949
Phone: (785) 232-7761/Fax: (785) 232-6604
and
Eileen King Bower
Meredith N. Baron
(*Pro Hac Vice*)
TROUTMAN SANDERS LLP
55 West Monroe Street, Suite 3000
Chicago, Illinois 60603
(312) 759-1920 (telephone)
*Counsel for Defendant*

Dated:  _6/9/11_